## Hamilton County Municipal Court, Cincinnati, Ohio
### Small Claims Complaint

**11CV18599**

ALICE WOODWARD

4240 Green Arbors Lane

Cincinnati, Ohio 45249

Plaintiff(s)        Phone Number

Case No. _____

[✓] In accordance with civil rule 4.6 (C) or (D) and 4.6 (E), an ordinary mail waiver is requested

VS.

WINDHAM PROFESSIONALS

380 Main Street

Salem, NH. 03079

Defendant(s)

Amount $ 3,000.00

**CERT. MAIL**

Plaintiff says that there is due and owing from the defendant(s) the sum of Three Thousand ------00/100 dollars

For the following reason(s):
See Attached Complaint

Interest, if applicable, from the _____ day of _____, _____ Plus Court Costs.

**ATTENTION: ALLOW SUFFICIENT TIME TO ENTER THE COURTHOUSE DUE TO SECURITY CHECK. DELAYS POSSIBLE.**

Notice and summons in action for money only

To: (1) Edward M. Sheehan, III      (2) _____

380 Main Street

Salem, NH 03079

**Notice to the Defendant:** The court will hold trial on this claim at the Hamilton County Courthouse, 1000 Main St., **Rm. 265 at 9:00 A.M.**, on: 8-5-11

If you do not appear at the trial, judgment may be entered against you by default, and your earnings may be subject to garnishment, or your property may be attached to satisfy the judgment. If your defense is supported by witnesses, account books, receipts, or other documentation, you must produce them at the trial. Subpoenas for witnesses, if necessary, should be filed with the clerk at least seven (7) days before the trial. If you believe you have a claim against the plaintiff, you must file a counterclaim with the court and must serve the plaintiff and all other parties with a copy of the counterclaim at least seven (7) days prior to the trial date of the plaintiff's claim. **All filings to be filed/mailed with the appropriate fees to: Hamilton County Clerk of Courts 1000 Main St. Rm. 115, Cincinnati, Ohio 45202.** If you admit the claim but desire time to pay, you may make such a request at the trial.

Memorandum to the Plaintiff

Bring your evidence and witnesses, if any, with you. Subpoenas for witnesses, if necessary, must be filed with the clerk at least seven (7) days before the trial date. **On accident cases involving a motor vehicle, you must bring your title to the vehicle.**

Plaintiff further states that to the best of their knowledge the defendant is / is not a member of the Armed Forces of the United States of America.

X _____    St. Gregory Street, Suite 100, Cincinnati, OH. 45202    513-929-4040    0067295
Signature of Plaintiff/Attorney    Attorney Address    Phone No.    Attorney ID No.

Subscribed and sworn to before me this ___ day of _____, 20 ___

MICHAEL TODD McINTOSH
Attorney at Law
Notary Public, State of Ohio
My Commission Has No Expiration
Date. Section 147.03 O.R.C.

Clerk, Deputy Clerk, Notary Public

HAMILTON COUNTY MUNICIPAL COURT
SMALL CLAIMS DIVISION
HAMILTON COUNTY, OHIO

ALICE WOODWARD : NO:
4240 Green Arbors Lane :
Cincinnati, Ohio 45249 :

              Plaintiff :

      v. :

WINDHAM PROFESSIONALS :
380 Main Street
Salem, NH 03079 :

AGENT:

    Edward M. Sheehan, III :
    380 Main Street
    Salem, NH. 03079 :

            Defendants :

---

**COMPLAINT FOR STATUTORY DAMAGES UNDER THE FAIR DEBT COLLECTION PRACTICES ACT, PURSUANT TO 15 U.S.C. §1692, *ET SEQ* AND OHIO REVISED CODE §1319.12 *ET SEQ***

---

Comes now the Plaintiff, by and through counsel, and hereby states for her claim as follows:

### JURISDICTION AND VENUE

1. Pursuant to 15 U.S.C. 1692(h), §813(b)(2)(d) this action may be brought in any Court of competent jurisdiction.

### FACTS

2. Windham Professionals was employed as third party debt collector to collect a debt on a stolen bank card which was reported to the police.

3. Said debt has been denied by Plaintiff.

4. Windham Professionals is a Defendant herein.

5. Windham Professionals contacted Plaintiff with respect to said debt.

6. Within thirty (30) days of receiving the notification form from the third party debt collector, Plaintiff denied the debt.

7. Plaintiff thereafter retained counsel.

8. Defendant, Windham Professionals., was contacted by Plaintiff's counsel and was asked to forward proof of said debt. (Attached Exhibit "A").

9. Defendant, Windham Professionals., failed to comply in violation of 15 U.S.C. 1692 *et seq.*

10. Pursuant to 15 U.S.C. 1692(k) §813, Defendant is liable to Plaintiff for failing to verify the debt upon proper request.

11. Plaintiff has suffered damages and attorneys' fees.

WHEREFORE, Plaintiff requests statutory damages of $3,000.00 from the Defendant, for attorneys' fees, court costs and for any and all other relief which this Court may deem just and appropriate.

          Respectfully submitted,

          McINTOSH & McINTOSH

          By_____
            A. Brian McIntosh
            Reg. #89266
            Attorney for Plaintiff
            1136 St. Gregory Street, Suite 100
            Cincinnati, Ohio 45202
            513-929-4040

**TO THE CLERK**

Please issue certified mail service of the Summons and Complaint on the Defendants at their last known addresses of:

> **Edward M. Sheehan, III**
> **380 Main Street**
> **Salem, NH. 03079**

PLAINTIFF'S EXHIBIT A

May 13, 2011

Windham Professionals
P.O. Box 946
Hendersonville, TN. 37077

RE:   Alice Woodward

   Account Numbers: 1101721 and 1101722

To Whom It May Concern:

   This letter is to confirm that I am the attorney representing Alice Woodward with respect to the above captioned accounts. My client, at this time, would like to request verification of the debts pursuant to the Fair Debt Collection Practices Act 15 U.S.C. §1692, *et seq*. Please do not contact me client for any purposes in the future. All correspondence should be directed to me at the above address and/or telephone numbers.

                         Sincerely.

                         McINTOSH & McINTOSH


                         By_____
                            A. Brian McIntosh

ABMcI:fw